**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile  (310) 203-2287**

**Attorney For Plaintiff(s)**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| May Ibrahim A. Ismail,<br>Yousof Tahsin Hassan Shanan,<br>Mohamed Tahsin Hassan Shanan | Case No.: 8:24-cv-1873 |
| Plaintiff(s), | **COMPLAINT FOR:** |
| vs. | **1) DECLARATORY<br>AND INJUNCTIVE RELIEF**<br>**2) WRIT IN THE NATURE OF<br>IMMIGRATION MANDAMUS** |
| UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY; UNITED<br>STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; LOS<br>ANGELES ASYLUM OFFICE; DAVID<br>RADEL; ALEJANDRO MAYORKAS;<br>UR M. JADDOU; TED H. KIM;<br>MATTHEW D. EMRICH;<br>CHRISTOPHER A. WRAY AND DOES<br>1-10, | |
| Defendants. | |

By and through her undersigned counsel, Plaintiffs; May Ibrahim Abdelsalam Ismail AND Yousof Tahsin Hassan M. Shannon and Mohamed Tahsin Hassan M. Shanon ("Plaintiff(s)") bring this action, individually or derivatively on behalf of May Ibrahim Abdelsalam Ismail

**INTRODUCTION**

1. This action is brought by Plaintiff(s) May Ibrahim Abdelsalam Ismail, her derivative children (herein called "Plaintiff(s)"),  through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of, and which has still not been called for an interview.

2. On August 29, 2016  Plaintiffs  came to Los Angeles, CA airport on a B2 visa and have stayed in the US ever since. On November 7, 2016, Plaintiff(s) spouse, Tahsin Shanan submitted an I-589 Application for Asylum and Withholding of Removal to which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office upon his relocation to the Los Angeles jurisdiction. *See* **(Exhibit B Receipt Notice).** Plaintiffs were named as a derivative to this asylum application, and were ordered to complete Biometrics request at the Application Support Center between December 11, 2017 to December 25, 2016 (**Exhibit C- Biometrics Request).** On August 28, 2020, Plaintiff filed a separate application and filed her own asylum application on August 28, 2020.  **(Exhibit D:  Plaintiff's Receipt for Asylum Application).**  Plaintiffs sought asylum based on past persecution and/or a well-founded fear of returning to Egypt on account of Plaintiff membership in a particular social group as a victim of Female Genital Mutilation (FGM). (**Exhibit E:  Female Genital Mutilation Certificate of Diagnosis).**

3. After submitting their applications for asylum, Defendant USCIS instructed Plaintiff(s) May Ibrahim Abdelsalam Ismail to present themselves to an asylum interview on  November 1, 2021 (**Exhibit F:   Asylum Interview**). After the interview, Plaintiffs and her spouse

2

separated and notified the Asylum office about their separation and divorce (**Exhibi G: Email to Asylum Office**). On December 20, 2021, the Asylum Office notified the Plaintiffs about a second interview on  January 10, 2022 (**Exhibit H- New Asylum Interview Notice).** However, the interview as cancelled by the Asylum Office on January 6, 2022.  (**Exhibit I: Cancellation  Notice**)

4.  Since then, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled again. The Plaintiff(s) have been waiting for more than 8 years for their interview date and final adjudication of their case.  Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiffs are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5.  Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 5 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

6.  Plaintiff(s) came to the United States on August 29, 2016. They filed an asylum application, appeared for an interview, were scheduled for a second interview, and have not received either an interview notice or a final adjudication on their case.  Their application remains pending and unadjudicated until the present.

3

7.  Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9.  Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the Director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's(s) asylum application. This suit is brought

4

against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendant's failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

## VENUE

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any

6

agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Irvine, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

20. Plaintiff(s) have no administrative remedies. Since January 2022, Plaintiff(s) have received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much longer they will have to wait for the pending asylum application to be called for a second interview. Plaintiff(s) had been waiting over 8 years at this point to have their asylum claim to be heard and adjudicated at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) was a derivative to a filed an application for Asylum and Withholding of Removal on or about November 2016.  Plaintiffs filed a second application based on the fact that she was a victim of female genital mutilation on August 28, 2020.

22. Since filing their Application, their recent cancellation of their asylum interview on January 6, 2022, Plaintiff(s) have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s), therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 5 years since Plaintiff(s) May Ibrahim Abdelsalam Ismail applied for Asylum. Plaintiff(s) have yet to receive an interview date for their cases.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiff's claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to

8

compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for over 8 years. Plaintiff(s) have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and so that they can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiffs and her children are enduring significant psychological trauma.

b. The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she and her children will be persecuted, or mutilated.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiff(s) have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy. Accordingly, Plaintiff(s) have been forced to pursue the instant action.

## **PRAYER**

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a.  Accept jurisdiction and maintain continuing jurisdiction in this action;

b.  Declare as unlawful the violation by Defendants  of failing to act on a properly filed Asylum and Withholding of Removal application;

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Mohamed A. Salem's and his spouse's asylum applications by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) May Ibrahim Abdelsalam Ismail's Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.

Date:  August 27, 2024

Respectfully Submitted,

/s/ Gihan L. Thomas, Esq.

_____
Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS MAY IBRAHIM ABDELSALAM ISMAIL, ET AL. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                 **PAGES**

**A.** Applicant May Ibrahim Abdelsalam Ismail's I-589 Application for Asylum and Withholding of Removal and her personal Declaration..................................................... 1

**B.** Asylum Application Receipt Notice............................................................. 19

**C.** I-797 Notices of Action - Fingerprint Notifications of Plaintiff(s)............................................. 20

**D.** USCIS Los Angeles Asylum Office Standby List Acceptance Letter.......................................23

**E.** Applicant's Female Genital Mutilation (FGM) Certificate of Diagnosis.................................... 24

**F.** Asylum Interview Notice showing Applicant's 1st Interview was on November 01, 2021.........25

**G.** Applicant's email to the Los Angeles Asylum Office about her separation and divorce with her husband......................................................................................... 26

**H.** Asylum Interview Notice showing Applicant's 2nd Interview was on January 10, 2022............27

**I.** Interview Cancellation Notice issued by the Los Angeles Asylum Office canceling Applicant's interview on January 10, 2022................................................................... 31

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 09/30/2022

**I-589, Application for Asylum and for Withholding of Removal**

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)* | 2. U.S. Social Security Number *(if any)* | 3. USCIS Online Account Number *(if any)* |
|---|---|---|
| 209778264 | 191 83 9151 | N/A |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| ISMAIL | May | Ibrahim Abdelsalam |

**7. What other names have you used** *(include maiden name and aliases)?*
None                                                    N/A

**8. Residence in the U.S.** *(where you physically reside)*   N/A

| Street Number and Name | | Apt. Number |
|---|---|---|
| 10405 Coyote Cub Ave | | |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Las Vegas | NV | 89129 | (714)924-2800 |

**9. Mailing Address in the U.S.** *(if different than the address in Item Number 8)*

| In Care Of *(if applicable)*: | Telephone Number |
|---|---|
| Same as above | N/A |

| Street Number and Name | Apt. Number |
|---|---|
| 10405 Coyote Cup Ave. | N/A |

| City | State | Zip Code |
|---|---|---|
| N/A | NV | 89129 |

**10. Gender:** ☐ Male  ☒ Female    **11. Marital Status:** ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

| 12. Date of Birth *(mm/dd/yyyy)* | 13. City and Country of Birth | |
|---|---|---|
| 01/23/1986 | Abha | Saudi Arabia |

| 14. Present Nationality *(Citizenship)* | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| Egyptian | Egyptian | White | Muslim |

**18. Check the box, a through c, that applies:  a.** ☒ I have never been in Immigration Court proceedings.
**b.** ☐ I am now in Immigration Court proceedings.  **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19. Complete 19 a through c.**
**a.** When did you last leave your country? *(mmm/dd/yyyy)* 08/28/2016    **b.** What is your current I-94 Number, if any?  10671435685

**c.** List each entry into the U.S. beginning with your most recent entry.   *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 08/29/2016 | Los Angeles, CA | B-2 | 02/27/2017 |
| 03/29/2016 | New York City, NY | B-2 | |
| N/A | N/A | N/A | |

| 20. What country issued your last passport or travel document? | 21. Passport Number  A01479618 | 22. Expiration Date *(mm/dd/yyyy)* |
|---|---|---|
| Egypt | Travel Document Number          None | 03/19/2017 |

| 23. What is your native language *(include dialect, if applicable)?* | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| Arabic | ☐ Yes  ☒ No | None |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

Form I-589 (Rev. 09/10/19) N

## Part A.II. Information About Your Spouse and Children

**Your spouse**   ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)*  209 778 263 | 2. Passport/ID Card Number *(if any)*  A01292592 | 3. Date of Birth *(mm/dd/yyyy)*  03/21/1983 | 4. U.S. Social Security Number *(if any)*  769 43 9022 |
|---|---|---|---|
| 5. Complete Last Name  SHANAN | 6. First Name  Tahsin | 7. Middle Name  Hassan Mohamed | 8. Other names used *(include maiden name and aliases)*  - |

| 9. Date of Marriage *(mm/dd/yyyy)*  07/22/2008 | 10. Place of Marriage  Cairo, Egypt | 11. City and Country of Birth  Giza              Egypt |
|---|---|---|

| 12. Nationality *(Citizenship)*  Egyptian | 13. Race, Ethnic, or Tribal Group  White | 14. Gender  ☒ Male    ☐ Female |
|---|---|---|

**15. Is this person in the U.S.?**
☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*

| 16. Place of last entry into the U.S.  Los Angeles, CA | 17. Date of last entry into the U.S. *(mm/dd/yyyy)*  08/29/2016 | 18. I-94 Number *(if any)*  92195792430 | 19. Status when last admitted *(Visa type, if any)*  B-2 |
|---|---|---|---|

| 20. What is your spouse's current status?  Visitor | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*  01/27/2017 | 22. Is your spouse in Immigration Court proceedings?  ☐ Yes   ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)*  03/29/2016 |
|---|---|---|---|

**24. If in the U.S., is your spouse to be included in this application?** *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part. A.III., Information about your background.)*

☒ I have children.    Total number of children:  02

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)*  209 778 265 | 2. Passport/ID Card Number *(if any)*  A01479756 | 3. Marital Status *(Married, Single, Divorced, Widowed)*  Single | 4. U.S. Social Security Number *(if any)*  886 19 2005 |
|---|---|---|---|
| 5. Complete Last Name  SHANAN | 6. First Name  Yousof | 7. Middle Name  Tahsin Hassan M. | 8. Date of Birth *(mm/dd/yyyy)*  05/02/2009 |

| 9. City and Country of Birth  Cairo         Egypt | 10. Nationality *(Citizenship)*  Egyptian | 11. Race, Ethnic, or Tribal Group  White | 12. Gender  ☒ Male    ☐ Female |
|---|---|---|---|

**13. Is this child in the U.S. ?**   ☒ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location):*

| 14. Place of last entry into the U.S.  Los Angeles, CA | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*  08/29/2016 | 16. I-94 Number *(If any)*  07945318485 | 17. Status when last admitted *(Visa type, if any)*  B-2 |
|---|---|---|---|

| 18. What is your child's current status?  Visitor | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*  02/27/2017 | 20. Is your child in Immigration Court proceedings?  ☐ Yes   ☒ No |
|---|---|---|

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

## Part A.II. Information About Your Spouse and Children   (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 209 778 266 | A12589365 | Single | 710 62 1144 |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SHANAN | Mohamed | Tahsin Hassan M. | 06/02/2012 |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Cairo        Egypt | Egyptian | White | ☒ Male   ☐ Female |

**13. Is this child in the U.S. ?** ☒ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):* _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| Los Angeles, CA | 08/29/2016 | 07945316685 | B-2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| Visitor | 02/27/2017 | ☐ Yes   ☒ No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A        N/A | N/A | N/A | ☐ Male   ☐ Female |

**13. Is this child in the U.S. ?** ☐ Yes *(Complete Blocks 14 to 21.)*   ☒ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes   ☒ No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A        N/A | N/A | N/A | ☐ Male   ☐ Female |

**13. Is this child in the U.S. ?** ☐ Yes *(Complete Blocks 14 to 21.)*   ☒ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes   ☐ No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☒ No

**3**

### Part A.III. Information About Your Background

**1.** List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 3 El Edresy St. | Heliopolis | Cairo | Egypt | 07/2008 | 08/2016 |
| N/A | N/A | N/A | N/A | N/A | N/A |

**2.** Provide the following information about your residences during the past 5 years. List your present address first.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 10405 Coyote Cup Ave | Las Vegas | NV | USA | 02/2020 | Present |
| 1265 N. Chrisden Street | Anaheim | CA | USA | 08/2016 | 02/2020 |
| 3 El Edresy St. | Heliopolis | Cairo | Egypt | 07/2008 | 08/2016 |
| N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A |

**3.** Provide the following information about your education, beginning with the most recent school that you attended.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Ain Shams Uni. Faculty of Pharmacy | University | Cairo, Egypt | 09/2002 | 06/2007 |
| Youssef El Sebaay | High School | Cairo, Egypt | 09/1999 | 06/2002 |
| Modern School | Middle School | Cairo, Egypt | 09/1996 | 06/1999 |
| Modern School | Elementary | Cairo, Egypt | 09/1995 | 06/1996 |

**4.** Provide the following information about your employment during the past 5 years. List your present employment first.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Credo Pharmacy          Las Vegas, NV | Pharmacist | 03  2020 | Present |
| Healthy Living Pharmacy  Anaheim, CA | Inter Pharmacist | 03  2018 | 12  2019 |
| Nile Unv.          6th October, Egypt | Teaching Assistant | 10  2016 | 08  2016 |

**5.** Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Hedayah     ABU KHOLBA | Monufia, Egypt | ☐ Deceased Cairo, Egypt |
| *Father* Ibrahim     ISMAIL | Dakahlia, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* Ramy ISMAIL | Abha, Saudi Arabia | ☐ Deceased Tampa, FL, USA |
| *Sibling* Amira ISMAIL | Abha, Saudi Arabia | ☐ Deceased New York, NY, USA |
| *Sibling* Nada ISMAIL | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* None | None | ☐ Deceased None |

**4**

## Part B. Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.*)

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part I: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

**1.** Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

| | | | |
|---|---|---|---|
| ☐ | Race | ☐ | Political opinion |
| ☐ | Religion | ☒ | Membership in a particular social group |
| ☐ | Nationality | ☒ | Torture Convention |

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No   ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> Please refer to my declaration incorporated herein by reference.

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No   ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> Please refer to my declaration incorporated herein by reference.

**5**

## Part B. Information About Your Application (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☐ No    ☒ Yes

If "Yes," explain the circumstances and reasons for the action.

> Please refer to my husband' declaration previously filed in support of his case.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No    ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> N/A

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☒ No    ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

> N/A

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No    ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> Please refer to my declaration incorporated herein by reference.

**6**

## Part C. Additional Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☐ No        ☒ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

   > My husband Tahsin Hassan Mohamed Shanan A - 209 778 263 has applied for asylum and his case is currently pending. I was included in his timely filed asylum application and I was assigned an A # 209 778 264

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☐ No        ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☐ No        ☒ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   > 2A) I had a transit in Istanbul, Turkey, for 10 hours.
   >
   > 2B) My brother, Ramy, is in the U.S. LPR on an H-1B visa.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No        ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**Part C. Additional Information About Your Application** (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

> N/A

5. Are you filing this application more than 1 year after your last arrival in the United States?

☐ No          ☒ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

> Yes, I was included in my husband's timely filed asylum application.  I was terrified to speak about my circumcision and my mutilation because of the trauma that I was subjected to it before.  My attorney was asking me repeatedly to file based on FGM - now I have the courage.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

> N/A

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

> Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an Immigration Judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | | | Write your name in your native alphabet. |
|---|---|---|---|
| May | Ibrahim Abdelsalam | ISMAIL | مي إبراهيم عبد السلام إسماعيل |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No    ☐ Yes (If "Yes," list the name and relationship.)

| (Name) | (Relationship) | (Name) | (Relationship) |
|---|---|---|---|

Did someone other than your spouse, parent, or child(ren) prepare this application?    ☐ No  ☒ Yes (If "Yes," complete Part E.)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?    ☒ No    ☐ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [ May Ibrahim Abdelsalam Ismail ]         07 / 12 / 2020

Sign your name so it all appears within the brackets         Date (mm/dd/yyyy)

Part E. Declaration of Person Preparing Form if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer<br>Gihan Thomas<br>Law Offices of Gihan Thomas |
|---|---|
| Daytime Telephone Number<br>3102032242 | Address of Preparer: Street Number and Name<br>611 Wilshire Blvd, |
| Apt. Number<br>907 | City<br>Los Angeles | State<br>CA | Zip Code<br>90017 |

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)<br>198612 | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

## CERTIFICATE OF TRANSLATION:

I, **Fady Awadalla**, am competent to translate from Arabic into English, and from English into Arabic. I have _reviewed_ the content of this document and I certify that the English terms correspond to the Arabic ones. I certify that this is true and accurate to the best of my abilities.

*Fady Awadalla*

----------------------
**Fady Awadalla**
Los Angeles, CA

**11**

I was terrified to discuss my mutilation before today. Yes, I was mutilated or suffered from the operation called the circumcision in Egypt. When I entered the United States, our current attorney requested that I confirm that I was circumcised/mutilated in Egypt. I was referred to Dr. Lisa Ma, a USCIS Civil Surgeon, who examined me and confirmed that I circumcised in Egypt around September 26, 2016. However, I had the chills, fear and trauma talking about what happened to me in the past.

My husband had his own set of problems in Egypt politically and we filed our case under his name. My attorney was trying to have me as the main applicant, as a victim of circumcision, but I elected not to talk about it because of culture shame, embarrassment, fear and trauma, inability to speak about it, and also my husband felt violated that we speak about our sexual intercourse, as part of my statement. In our culture and our Islamic traditions, it is a taboo not to talk about this matter. My attorney was upset with me and even told me to sign a waiver that I don't want to speak about my circumcision in this case, which I did.

Now, you will ask me why I am coming forward now to speak about it? I have lived in the US for sometime to feel some freedom that I can express myself and talk about things in the past. Also, I was following up with my attorney about our pending case, and she still remembered about the fact that I declined to state the circumcision procedure as part of our case. She told me that it is an important part of our claim and that I should think twice before our case is finalized.

I talked about it with my husband and we both agreed that I can now add this claim.

I was circumcised at the age of 11 and I had no idea about the process. After school, it was the last day in the week Thursday, during winter time, my aunt (mom's elder sister) who lived close to school asked me to come after school. I used to go to her and spend time because her place is very close to my school area. When I arrived to her place, for the weekend (in Egypt – Thursday is the weekend), she told me that something is going to happen to me that is very traditional and is normal to happen to all the girls. She also informed me that what will happen will make me healthy. She also told me that being born in Saudi Arabia is a different culture, but that what will happen is very normal to happen in Egypt. I kept on asking what is normal to happen?? She said to wait and seem. By the way, my mother never knew that my aunt was going to circumcise me. After that, two ladies came to her place. There was only my aunt that day at home.

**12**

These two ladies savaged me. My aunt was trying to calm me down. I was very silent and in shock. I was asked to sleep on the bed, then they gave me some sort of anesthetic injection. One of the women held my two legs and the other was sitting beside me on the bed. The one sitting next to me gave me an injection. She was the one to cut me after that. As to my aunt, she was trying to hold my face to the wall so as not to see anything. I was crying and screaming and calling on my mother, who was not even there. I was crying and screaming. I was bleeding and they put a small towel over my bloody part (my genitals). As soon as they finished, I saw more bleeding. I became more terrified and I continue to cry hysterically seeing my blood. My aunt called my mother after that and told her what happened. My mother came rushing to my aunt's place and they had a fight together. She took me home. I note that my aunt and my mother did not speak to each other for several month.

At home, I bled for five days. I could not even attend school the next week and had to remain in bed. I had infection since then and until the present day. I use warm water and some antiseptics.

Also, I recall having burning sensation while using the restroom. My period was also late and I started to menstruate at age 16.

As to my martial life, I am extremely embarrassed to speak about it. I have no desires and I cry every time he tries to open my leg to penetrate me. It reminds of how the woman opened my legs to circumcise me. At first, my husband was patient with me. However, as my reluctance to have sexual relationship continued, he is now frustrated with me and always have heated arguments with me on little matters.

My deliveries were through a c section because of my inability to open my legs.

I continue to suffer from inflammation for time to time. I go to the pharmacist to take over the counter medications.

**13**

I am a very shy person and I hate to talk more about these matters. All I can say is that I was killed in spirit and body by this procedure.

Thank you for taking too long to speak about this matter.

[Signed]

May Ismail

**14**

القاهرة                    ١/٤

لقد كنت خائفة وموضوع من مناقشة هذا الموضوع قبل اليوم
هذا الموضوع الذي يتلخص في عملية تشويهي بعملية الختان
نعم. لقد تم تشويهي بعملية الختان والتي عانيت بعدها كثيراً
هذا أن تمت في بلدي مصر.
بعد وصولي إلى أمريكا طلبت من المحامية أن أتحدث
عن معاناتي بسبب عملية الختان وقد تم الكشف علي من قبل
دكتورة ليزا وهي دكتور جراح تعمل في هيئة الهجرة. وأثبت
بالكشف أني قد تعرضت لعملية الختان في مصر. وكان هذا في
شهر سبتمبر يوم ٢٦ عام ٢٠٢٣
ولكني رفضت أن أتحدث عن هذا الموضوع تماماً بسبب
ما أشعر به من خوف يجرح كلما تذكرت هذا اليوم.
وبسبب مشاكل زوجي السياسية في مصر أو ضغوطا بسبب
معارضته السياسية قرنا أن نضع الملف تحت اسمه
حاولت مع المحامية كثيرا لتغيير رأيي والضغط على
ولكني كنت أرفض دائماً لما أشعر به من خجل وحزن
وخوف من مجرد التحدث عن هذه العملية (عملية الختان).
لم يكن لدي الجرأة للتعبير عما شعرت به. وأيضا زوجي كان
رافض ولم يشعر بالارتياح للتحدث عن مسألة فتاة أو حتى
التحدث عن هذه التفاعل الخاصة بمن حرما في ثقافتنا
ودينا. حاولت المحامية إقناعي كثيرة. وبعد رفضي المستمر
طلبت من إبنتها على وجه الخصوص أني أرفض التحدث عن
عملية الختان الخاصة بي. وهذا ما حدث.
والآن تسأل لماذا قررت الآن التحدث عن عملية الختان. وتعبيري
عن معاناتي؟

15

٤/٢

لقد عشت في أمريكا الآن فترة من الوقت والتي جعلتني
أستشعر الحرية الكاملة للتعبير عن نفسي بوضوح وأتحدث
عن ما حدث لي في الماضي، وعندما كنا نتابع مع المحامية
التطورات الخاصة بالملف الخاص بنا، تحدثت معي وطلبت
مني التفكير مرة أخرى قبل أن يغلق الملف، تحدثت مع زوجي
واتفقنا وأجمعنا على الموافقة على إدراج هذا الجزء في قضيتنا.

كان عمري ١١ عاماً عندما حدثت لي عملية الختان، لم يكن
لدي أي فكرة عن هذه العملية أبداً.
أتذكر يوم الخميس وكان آخر يوم درسي في الأسبوع بعد انتهاء
اليوم الدراسي في فصل الشتاء، دعتني خالتي (الأخت الكبرى لأمي)
أن أذهب عندها بعد المدرسة وكنت معتادة على هذا لأن
مكان سكنها قريب جداً من المدرسة، سمعوني عندها بأنه
في إمكاني أن شيئاً ما سيحدث الآن لأكون بصحة أفضل
وهذا الشيء يحدث لكل البنات في سني، وأنه شيء طبيعي جداً
في مصر، وأنه من الممكن أن لا أتألم عنه شيئاً يذكر ولذلك في
السعودية، بدأت أسأل كثيراً هل هذا طبيعي؟ فكان ردها
أن أنتظر وأهدأ وسوف أرى، وقالت بذلك أن أمي لم يكن
عليها علم، أبداً لا كانت تنوي خالتي القيام به كخالتي
بمرور القليل من الوقت جاءت سيدتان إلى منزل خالتي
لم يكن هناك أي أحد في البيت غير خالتي، كنت خائفة جداً
من شكل السيدتان، حاولت خالتي تهدئتي وطلبت مني الذهاب
إلى غرفة نومها والاستلقاء على السرير، كنت خائفة جداً
وكنت في صدمة لم أتقدم وأستعصيت لا طلبته مني

٣ / ٤

أعطوني حقنة مخدرة موضعية في المكان المخصص للعملية
وكانت واحدة من السيدات تجلس بجانبي على السرير وتمسك
برجلي.. عندما كانوا يعطوني الحقنة كانت حالتي تجعلني
أنظر في الجهة الأخرى حتى لا أرى أي شيء وأنا لا أخاف
ولكني بدأت في البكاء والصراخ وكنت أنادي على أمي التي لم
تكن بجانبي في هذا الوقت..

استمرت السيدة في إمساك رجلي في نفس الوقت كانت
السيدة الأخرى تحمله للجهة الأخرى من السرير وتوقفت
بين رجلي وظلت بقطع جزء مني وشعرت بألم جداً جداً
واستمريت في الصراخ والبكاء وعندما رأيت الدم ينقى
من بين رجلي.. فوضعوا قطعة صغيرة مكان الجرح.

عندما كانت خالتي أني وشرحت لها ماحدث وجاءت أمي
سريعاً إلى بيت خالتي وعندما رأت أمي تشاجرت مع خالتي كثيراً
وأخذتني فوراً إلى المنزل وبعد حدثت أن أمي وخالتي كانتا
لا يتحدثن مع بعض لعدة شهور.

في المنزل استمر النزيف لعدة أيام ولم أذهب للدراسة
لمدة أسبوع كامل لأني لم أكن يجب أن أمشي في السرير
في ذلك الوقت، وأنا أعاني من التهابات مزمنة كل يوم وهذا
تشكراً في استعملت الماء الدافئ وبعض المطهرات لتنظيف
الجرح ووقف النزيف.

تعذبت كثيراً للذهاب للحمام لمدة حدث بسبب ألم
شديد وحرمانهم من كل صحة ادبول بديل.. وقد تأخرت دورتي
الشهرية في القدوم حيث أنها جاءت لي في عمر ١٦ عاماً.'

**17**

٤ / ٤

وبالنسبة لحياتي الزوجية الآن والتي أشعر بوجع شديد في التحدث
عنها ... فيوجد لدي أي رغبة أو نية في إتمام العلاقة مع زوجي
وكثيراً من الأوقات كنت أبكي في صمت عند محاولة فتح
رجلي لإتمام العلاقة ... لذلك كنت أتذكر ما حدث لي مع
السكين اللذان قاما بجلية الختان ...

في بداية الأمر تفهم زوجي الموضوع ومساعدني بصبر ولكن
أشعر أن الأمر قد تغيرت دائماً يحدث بيننا نقاش وجدال
بسبب هذا الموضوع ... وأشعر أن حياتنا الزوجية تأثرت
كثيراً بسبب ما أعاني وأشعر به .

لقد قمت بولادة أبنائي عن طريق العملية القيصرية
عن طريق فتح البطن بسبب معاناتي من الالتهابات المزمنة
والتي أثرت على جدار عنق الرحم والذي لم يحمل للولادة
بالطريقة الطبيعية . وكنت دائماً أعالج تلك الالتهابات
باستخدام الأدوية المناسبة على الدوام .

أنا شخصية خجولة جداً و كان من الصعب جداً التحدث
عن هذا الموضوع ... ولكن كل ما استطيع قوله أنه قد تم
قتل روحي وحسي بسبب هذه العملية (عملية الختان)
ودائماً كنت أشعر أنه غير كامله الأنوثة وينقصني
شيئاً مهم بالأحرى أنثى .

شكراً لإتاحة الفرصة للتحدث عن هذا الموضوع .

May Ismail                        مي اسماعيل
07/12/2020

Exhibit B

F R O M

US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
P. O. BOX 65015
ANAHEIM, CA 92815-8015

NAME: YAHSIN SHANAN                                         DATE: 11/08/16
A-NUMBER: 209779263 RCPT#: ILA1600228430                   FORM: I-589
            *** ACKNOWLEDGEMENT OF RECEIPT ***

    Your complete Form I-589 asylum application was received and is pending
as of 11/07/16. You may remain in the U.S. until your asylum application
is denied. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS. If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 3 copies of documentary evidence of your
relationship to those family members.

T O

GIHAN THOMAS
C/O LAW OFFICE OF GIHAN L THOMAS
611 WILSHIRE BLVD STE 907

LOS ANGELES, CA 90017

90017-290532

RECEIVED
11/15/2016

**19**

Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Ser    s

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE** December 08, 2016 |
| **CASE TYPE** I589    Application For Asylum | **USCIS A#** A 209 778 264 |

| RECEIPT NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| ZLA1600228460 | November 07, 2016 | November 07, 2016 | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

MAY IBRAHIM ABDELSA ISMAIL
c/o GIHAN L THOMAS
LAW OFFICE OF GIHAN L THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA  90017



|ı.|lıı|lıı.ıl|ıııı.ıll|ıı.ıl

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS BUENA PARK 8381 LA PALMA AVE SUITE A BUENA PARK CA 906203207 | 12/11/2016 to 12/25/2016 | Sat - Sun  Closed Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice.  **If you do not bring this letter, you will not be able to have your fingerprints taken.  This may cause a delay in the processing of your application and your eligibility for work authorization.  You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| | |
|---|---|
| If you have any questions regarding this notice, please call 1-800-375-5283. | **REPRESENTATIVE COPY** |



**20**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA1600228480 | | NOTICE DATE 12/22/2021 |
|---|---|---|---|
| CASE TYPE 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A209 778 265 | CODE 2 |



YOUSOF SHANAN
c/o GIHAN THOMAS
LAW OFFICE OF GIHAN L THOMAS
930 COLORADO BLVD
LOS ANGELES CA 90041

PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

WARNING: Unless USCIS excuses you based on good cause, failure to appear at this biometrics appointment will result in an applicant-caused delay that will impact your eligibility for employment authorization based on your pending asylum application. If you fail to appear at this appointment as scheduled, USCIS may: (1) dismiss your asylum application, if you are in lawful immigration status or paroled; or (2) refer your application to an immigration judge, if you are not in lawful immigration status or paroled. If you fail to appear at this appointment as scheduled, and you are currently in removal proceedings, an immigration judge may deem your asylum application abandoned.

| APPLICATION SUPPORT CENTER USCIS LAS VEGAS 5650 W Badura Avenue Las Vegas NV 89118 | DATE AND TIME OF APPOINTMENT 01/20/2022 08:00AM |
|---|---|

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE, and
2. PHOTO IDENTIFICATION (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Only persons necessary to assist with transportation or completion of the biometrics worksheet should accompany you. If you have open wounds, bandages, or casts when you appear, USCIS may reschedule your ASC appointment if we determine your injuries may interfere with your biometrics submission. Please do not visit any USCIS office if you are sick or feel symptoms of being sick. Follow the instructions on this notice to reschedule your ASC appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your ASC appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your ASC appointment. If USCIS reschedules your ASC appointment, you will receive a new ASC appointment notice.

You must update your address within 10 days if you move. For instructions, visit https://www.uscis.gov/addresschange. If you are in removal proceedings, you must also notify the Executive Office for Immigration Review (EOIR or Immigration Court) within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address/Phone Number Form/Immigration Court. For instructions, visit https://www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

WARNING: Failure to update your mailing address with USCIS, and, if applicable, EOIR may result in dismissal of your asylum application, referral of your asylum application to an immigration judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your ASC appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule should: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER  I589- ZLA1600228480

**21**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | **APPLICATION/PETITION/REQUEST NUMBER** ZLA1600228500 | | | **NOTICE DATE** 12/22/2021 |
|---|---|---|---|---|
| **CASE TYPE** I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | **ACCOUNT NUMBER** | **USCIS A#** A209 778 266 | **CODE** 2 |

MOHAMED SHANAN
c/o GIHAN THOMAS
LAW OFFICE OF GIHAN L THOMAS
930 COLORADO BLVD
LOS ANGELES CA 90041



PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

WARNING: Unless USCIS excuses you based on good cause, failure to appear at this biometrics appointment will result in an applicant-caused delay that will impact your eligibility for employment authorization based on your pending asylum application. Failure to appear at this appointment as scheduled, USCIS may: (1) dismiss your asylum application, if you are in lawful immigration status or paroled; or (2) refer your application to an immigration judge, if you are not in lawful immigration status or paroled. If you fail to appear at this appointment as scheduled, and you are currently in removal proceedings, an immigration judge may deem your asylum application abandoned.

| **APPLICATION SUPPORT CENTER** USCIS LAS VEGAS 5650 W Badura Avenue Las Vegas NV 89118 | **DATE AND TIME OF APPOINTMENT** 01/20/2022 08:00AM |
|---|---|

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE, and
2. PHOTO IDENTIFICATION (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Only persons necessary to assist with transportation or completion of the biometrics worksheet should accompany you. If you have open wounds, bandages, or casts when you appear, USCIS may reschedule your ASC appointment if we determine your injuries may interfere with your biometrics submission. Please do not visit any USCIS office if you are sick or feel symptoms of being sick. Follow the instructions on this notice to reschedule your ASC appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your ASC appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your ASC appointment. If USCIS reschedules your ASC appointment, you will receive a new ASC appointment notice.

You must update your address within 10 days if you move. For instructions, visit https://www.uscis.gov/addresschange. If you are in removal proceedings, you must also notify the Executive Office for Immigration Review (EOIR or Immigration Court) within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address/Phone Number Form/Immigration Court. For instructions, visit https://www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

WARNING: Failure to update your mailing address with USCIS, and, if applicable, EOIR may result in dismissal of your asylum application, referral of your asylum application to an immigration judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your ASC appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule should: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER   I589- ZLA1600228500



For questions about this notice call 1-800-375-5283. For questions about your application, contact the Asylum Office or Immigration Court with jurisdiction over your case.

Exhibit D

**U.S. Department of Homeland Security**
*Los Angeles Asylum Office*
*P.O. Box 2003*
*Tustin CA 92781-2003*
Tel: (714) 368-5700
Fax: (714) 368-5799
Email: LosAngelesAsylum@uscis.dhs.gov



**U.S. Citizenship
and Immigration
Services**

August 28, 2020

MAY ISMAIL
10405 COYOTE CUB AVE
LAS VEGAS, NV 89129

Re:    A 209 778 264

Dear MAY ISMAIL :

This letter is in response to   request received on July 16, 2020 .

**Status/Inquiry**
☑ Receipt #:ZLA2045776670

☑ The Los Angeles Asylum Office has completed your request to file a new I-589
Application.

Please visit https://www.uscis.gov for more information regarding immigration benefits.

Sincerely,

*for*

David M. Radel, Director
Los Angeles Asylum Office

*CC:*   LAW OFFICES OF GIHAN L THOMAS
        611 WILSHIRE BLVD STE 907
        LOS ANGELES, CA 90017

**23**

Exhibit E

# CENTRO-MEDICO, INC.
### A MEDICAL CORPORATION

**NABIL SOLIMAN, M.D.**
GENERAL PRACTICE
NEUROLOGY AND PSYCHIATRY

11946 S. HAWTHORNE BLVD.
HAWTHORNE, CA 90250-3095
PHONE  (310) 675-1136
FAX    (310) 970-1447

**JANET SOLIMAN, M.D.**
GENERAL PRACTICE
AND PEDIATRICS

December 29, 2021

| | |
|---|---|
| **RE:** | **May Ibrahim Abdelsalam Ismail** |
| **DOB:** | **01/23/1986** |
| **MR#:** | **80569** |
| **Arab Republic of Egypt Passport #:** | **A01479618** |

To Whom It May Concern:

I am a license physician of the state of California (License #A48733) and an approved USCIS Civil Surgeon, ID #103619.  Prior to the examination the patient identified herself with her passport mentioned above.

On December 29, 2021, I performed a pelvic examination on May Ibrahim Abdelsalam Ismail, a 35 year old Egyptian female to determine whether she may have been subjected to Female Genital Mutilation (FGM).

My findings upon conclusion of  physical exam are as follows:

She suffered from resection of clitoral hood and clitoris.  She was indeed a victim of Type I FGM according to the World Health Organization.

If you have any questions, do not hesitate to call my office.

Janet Soliman, M.D.

**24**

Exhibit F



| Receipt Number ZLA1600228430 | | Case Type I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date 11/07/2016 | Priority Date | Applicant  A209 778 263 SHANAN, TAHSIN HASSAN MOHAMED |
| Notice Date 10/28/2021 | Page 1 of 3 | |

GIHAN THOMAS
930 COLORADO BLVD
UNIT 2
LOS ANGELES  CA  90041

**Please come to:**

14101 Myford Rd
Tustin, CA  92780

**On (Date):** Monday, November 01, 2021
**At (Time):** 06:30AM

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

You and your dependent family members on your Form I-589 (if any) are scheduled for an asylum interview on the date and time shown above. Please read this interview notice in its entirety, as it contains important information about your asylum interview. USCIS asylum offices are open with additional precautions to prevent the spread of the coronavirus (COVID-19). USCIS will conduct office cleaning and ensure social distancing, including by using video or other technology for interviews. In Department of Homeland Security-controlled spaces, such as USCIS asylum offices, the COVID-19 guidance below supersedes state, local, tribal, or territorial rules and regulations regarding face coverings.

The COVID-19 guidance below was published on the USCIS.gov website on September 7, 2021. For any subsequent updates to this guidance, please refer to the website at: www.uscis.gov/about-us/uscis-visitor-policy and also at: www.uscis.gov/about-us/uscis-response-to-covid-19.

*I. You must appear for this interview unless* you, your dependent family members, other members of your household, your attorney or representative, or interpreter:

- Have COVID-19 or any symptoms of COVID-19 per the Centers for Disease Control and Prevention (CDC), including, but not limited to, a recently developed cough, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting (list is not all-inclusive);
- Have been in close contact (within six feet for a total of 15 minutes or more) with anyone known to have COVID-19 in the past 14 days (unless you are fully vaccinated or if you are a health care worker and consistently wear an N95 respirator and proper personal protective equipment (PPE) or equivalent when in contact with COVID-19 positive individuals);
- Have returned from domestic air, international air, or cruise ship travel in the past 10 days (unless you are fully vaccinated);
- Have been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine in the past 14 days (unless you have been cleared to end isolation or quarantine); or
- Refuse to wear a face covering or mask in accordance with USCIS policy.

Fully vaccinated means it has been at least two weeks since you received your second dose in a two-dose series, or at least two weeks since you received a single-dose vaccine.

You may request to reschedule your appointment due to illness or heightened risk of severe COVID-19 infection due to age or underlying medical conditions, and the delay will not be attributed to you. **Contact your asylum office in writing by mail or e-mail as soon as possible to reschedule your interview.** For asylum office contact information, visit the Asylum Office Locator page at egov.uscis.gov/office-locator/#/asy. Failure to appear for your interview without good cause may result in immediate referral to an immigration judge.

*II. Who should come with you to your interview?*

Only the following people may come with you to your interview:

- *Dependents:* All family members included in your application as dependents must come to your interview.
- *Interpreter:* If you are fluent in one of the languages listed below, you will be required to use a USCIS contract interpreter at your asylum interview. **DO NOT bring an interpreter.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Los Angeles Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 2003
Tustin CA 92781-2003

**USCIS Contact Center: www.uscis.gov/contactcenter**

Exhibit G

**g.thomas@gihanthomaslaw.com**

| | |
|---|---|
| **From:** | g.thomas@gihanthomaslaw.com |
| **Sent:** | Tuesday, January 4, 2022 2:24 PM |
| **To:** | 'Los Angeles Asylum' |
| **Cc:** | 'Mueller, Catherine G' |
| **Subject:** | ASYLUM INTERVIEW - JANUARY 10, 2022 -  A 209 778 264  (MAY ISMAIL) -     TAHSIN SHANAN ( A 209 778 263) |

Dear All

This case is currently scheduled for a follow up interview with the Tustin Asylum Office on January 10, 2022.  There is a pending divorce between the couple.  I believe it would not be prudent to bring both spouses at the same time.  Furthermore, Mr. Shanan, due to conflict of interest, has now retained the Law Offices of Akram Abusharar to continue his representation before this office.  I would appreciate to waive the presence of the spouse, Mr. Shanon, for the January 10, 2020 hearing due to the irreconcilable differences and animosity  between the two.

Thank you.

Gihan L. Thomas
Certified Specialist, Immigration & Nationality Law
State Bar of CA, Board of Legal Specialization
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041
Tel. 310 203 2242
Fax. 310 203 2287
g.thomas@gihanthomaslaw.com



**26**

Exhibit H



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 2003
Tustin CA 92781-2003

U.S. Citizenship
and Immigration
Services

MAY ISMAIL                                      **A-FILE: 209778264**
10382 WALKING VIEW CT
LAS VEGAS, NV 89135                    DATE: Monday, December 20, 2021

Dear, MS. ISMAIL,

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION: | LOS ANGELES ASYLUM OFFICE 14101 MYFORD RD TUSTIN, CA 92780-7020 |
| DATE AND HOUR: | |
| | TIME: 7:00:00 AM          DATE: 1/10/2022 |
| ASK FOR : | WINDOW 1 |

You and your dependent family members (if any) on your Form I-589 are scheduled for an asylum interview on the date and time shown above. Please read this interview notice in its entirety, as it contains important information about your asylum interview. USCIS asylum offices are open with additional precautions to prevent the spread of the coronavirus disease (COVID-19). In Department of Homeland Security-controlled spaces, such as USCIS asylum offices, the COVID-19 guidance below supersedes state, local, tribal, or territorial rules and regulations regarding face coverings.

The COVID-19 guidance below was published on the USCIS.gov website on September 7, 2021. For any subsequent updates to this guidance, please refer to the websites at  www.uscis.gc...about-us/uscis-visitor-policy and also at https://www.uscis.gov/about-us/uscis-response-to-covid-19.

*I.   You must appear for this interview unless* you, your dependent family members, other members of your household, your attorney or representative, or interpreter:

- Have COVID-19 or any symptoms of COVID-19 per the Centers for Disease Control and Prevention (CDC), including, but not limited to, a recently developed cough, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting (this list is not all-inclusive);
- Have been in close contact (within six feet for a total of 15 minutes or more) with anyone known to have COVID-19 in the past 14 days (unless you are fully vaccinated or if you are a health care worker and consistently wear an N95 respirator and proper personal protective equipment (PPE) or equivalent when in contact with COVID-19 positive individuals);
- Have returned from domestic, international, or cruise ship travel in the past 10 days (unless you are fully vaccinated);

**27**

- Have been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine in the past 14 days (unless you have been cleared to end isolation or quarantine); or
- Refuse to wear a face covering or mask in accordance with USCIS policy.

*Fully vaccinated* means it has been at least two weeks since you received your second dose in a two-dose series, or at least two weeks since you received a single-dose vaccine.

You may request to reschedule your appointment due to illness or heightened risk of severe COVID-19 infection due to age or underlying medical conditions, and the delay will not be attributed to you. **Contact your asylum office in writing as soon as possible to reschedule your interview.** For asylum office contact information, visit the Asylum Office Locator page at egov.uscis.gov/office-locator/#/asy. Failure to appear for your interview without good cause may result in immediate referral to an immigration judge.

## II. *Who should come with you to your interview?*

Only the following people may come with you to your interview:
- **Dependents:** All family members included in your asylum application as dependents must come to your interview.
- **Interpreter:** If you are fluent in one of the languages listed below, you will be required to use a USCIS contract interpreter at your asylum interview. **DO NOT bring an interpreter.**

| Akan | Albanian | Amharic | Arabic | Armenian | Azerbaijani | Bengali | Burmese |
|------|----------|---------|--------|----------|-------------|---------|---------|
| Cantonese | Creole / Haitian Creole | Farsi-Afghani / Dari | Farsi-Iranian | Foo Chow / Fuzhou | French | Georgian | Gujarati |
| Hindi | Hmong | Hungarian | Indonesian / Bahasa | Kanjobal / Q'anjob'al | Korean | Kurdish | Lingala |
| Mam | Mandarin | Nepali | Pashto / Pushtu | Portuguese | Punjabi | Quiche / K'iche | Romanian |
| Russian | Serbian | Sinhalese | Somali | Spanish | Swahili | Tagalog | Tamil |
| Tigrinya | Turkish | Twi | Ukrainian | Urdu | Uzbek | Vietnamese | |

- If you are not fluent in English, are not fluent in a language listed above, and choose to speak a different language, you must bring an interpreter to your interview. Your interpreter must:
    - Be at least 18 years old;
    - Not be your attorney or representative, or witness;
    - Not be a representative or employee of your country of nationality, or, if stateless, your country of last habitual residence; and
    - Not have a pending asylum application.
    - If you choose to speak a language that is not listed above and you cannot provide a competent interpreter who is fluent in English and your chosen language, you may provide an interpreter who is fluent in a language listed above and your chosen language. USCIS will provide a relay interpreter to interpret between the language listed above and English. If, without good cause, you do not provide an interpreter fluent in your chosen language and English or your chosen language and a language listed above, we may consider that a failure to appear and dismiss your asylum application or refer your asylum application to immigration court.
    - If you are fluent in one of the languages listed above and refuse to use a USCIS contract interpreter, we will consider this a failure to appear for your interview without good cause and dismiss your asylum application or refer your asylum application to immigration court. You will also be ineligible for employment authorization based on the delay you caused in the adjudication of your asylum application by refusing to use a USCIS contract interpreter, unless you show exceptional circumstances.

**28**

- If you need an interpreter and do not bring one, or if your interpreter is not competent, we may reschedule your interview, dismiss your asylum application, or refer your asylum application to immigration court.
- *Attorney or Representative:* Your <u>attorney or representative</u> may come with you to the interview. USCIS asylum offices are participating in a pilot program that permits attorneys and representatives to participate in the interview remotely via video or telephone. Please visit the Preparing for Your Asylum Interview page of the USCIS website at www.uscis.gov/humanitarian/refugees-and-asylum/asylum/preparing-for-your-asylum-interview for more information. For your attorney or representative to participate remotely, he or she must receive consent from you to participate remotely, complete the *Remote Attorney or Representative Video-Facilitated Participation in an Affirmative Asylum Interview* election form, and submit this election form to the local asylum office at least ten (10) days prior to your scheduled interview. If your attorney or representative requests to modify his or her election of remote participation to in-person participation fewer than 10 days prior to the interview, then the affirmative asylum interview may be rescheduled and any rescheduled interview caused by this modification will result in an applicant-caused delay for purposes of employment authorization. Your attorney or representative may find a link to this election form by visiting the Preparing for Your Asylum Interview page of the USCIS website at www.uscis.gov/humanitarian/refugees-and-asylum/asylum/preparing-for-your-asylum-interview or by contacting the local office directly.
- *Witnesses:* If you have a <u>witness</u> who will provide testimony in your case, that individual may come with you to your interview. However, we encourage your witness to provide sworn written testimony before your interview and not attend the interview. You may provide this written testimony to USCIS as additional evidence following the guidelines described in **Section IV** below.
- *Disabled Applicants:* If you have a disability and have an <u>individual who assists you</u>, that individual may come with you.
- *Minor Applicants:* If you are a minor, a <u>trusted adult</u> may come with you.

### III.   *What to Bring to Your Interview:*

- If available, bring a written form of identification for you and each of your dependent family members (if any) on your Form I-589 which indicates name, date of birth, place of birth, and nationality.
- If available, bring the original and one copy of evidence of your relationship to your dependent family members (if any) on your Form I-589 (such as marriage certificates, birth certificates, or affidavits).

### IV. *COVID-19 Safety Precautions*:

In areas of high or substantial transmission (<u>CDC COVID-19 Data Tracker County View available at https://covid.cdc.gov/covid-data-tracker/#county-view</u>), all federal employees, contractors, and visitors **must wear a mask inside federal buildings.**

- You may not enter the facility more than 15 minutes before your appointment.
- USCIS will provide hand sanitizer at entry points.
- There will be markings and physical barriers in the facility; you should pay close attention to these signs to ensure that you and other individuals accompanying you to your interview can follow social distancing guidelines.
- You may have to answer health screening questions before entering a facility.
- Bring your own **black** ink or **blue** ink pen to your interview.

All interview participants should expect to be present in-person in one interview office with the interviewing officer separated by a plexiglass barrier. Until further notice, and at USCIS' full discretion, all asylum interviews will be conducted in-person. If you bring an attorney or representative, or an interpreter, they will be asked to participate in the same room with you and the interviewing officer, unless the number of people in the room exceeds social distancing requirements. If the total number of people in the interview office exceeds USCIS' capacity constraints necessitated by social distancing requirements (or any other federal, state, and/or local

**29**

COVID-related mandates), applicants may be required to participate in video-facilitated interviews in a separate room from their attorney or representative, interpreter, and interviewing officer in the asylum office. Should USCIS decide to conduct a video-facilitated asylum interview in your case, you will be notified the day of your interview after your arrival at the asylum office. Additionally, if you would like to request a video-facilitated asylum interview as a special health accommodation, contact your asylum office explaining your circumstances in writing no later than 10 days before your scheduled interview.

If you wish to submit additional evidence not previously submitted with your asylum application, you should submit it to the asylum office in writing at least 7 to 10 days before the interview. You may not drop off the evidence in person before the interview date: the asylum office does not admit anyone who does not have a scheduled interview or appointment. If you bring new evidence on the day of your interview, USCIS may reschedule your interview.

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINMENT AND BRING THIS LETTER WITH YOU. If you are unable to do so, state your reason, sign below, and return this letter to this office at once.**

| I am unable to keep the appointment because |
| --- |
|  |
| Signature |
|  |

Sincerely,

_CIS Clerk - AN_

**for David M. Radel
Director, Los Angeles Asylum Office**
www.uscis.gov

CC:    GIHAN THOMAS, ESQ.
       930 COLORADO BLVD UNIT 2
       LOS ANGELES, CA 90041

Rev. 2021-11

**30**

Exhibit I

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 2003
Tustin CA 92781-2003



**U.S. Citizenship
and Immigration
Services**

ISMAIL, MAY
10382 WALKING VIEW CT
LAS VEGAS, NV 89135

A-FILE:   A209778264

DATE:    January 6, 2022

### *** INTERVIEW CANCELLATION NOTICE ***

| OFFICE LOCATION: | LOS ANGELES ASYLUM OFFICE<br>14101 MYFORD RD<br>TUSTIN CA  92780-7020 | |
|---|---|---|
| CANCELLED INTERVIEW: | AT TIME: 7:00 AM PST. | ON DATE:  01/10/2022 |

We regret we must cancel your Asylum interview. You will receive a notice informing you when you and any family members applying with you must appear for the rescheduled interview. Failure to appear or provide a competent interpreter may result in immediate referral of your case to an immigration judge, and you will be ineligible for employment authorization unless you can show extraordinary circumstances. This rescheduling will not interrupt the 150-day period before you can apply for employment authorization. As of 1/6/2022, your case was pending 1886 days. We regret any inconvenience this may cause.

Sincerely,

For David M. Radel
    Director, Los Angeles Asylum Office
    www.uscis.gov

CC: LAW OFFICE OF GIHAN L THOMAS
     930 COLORADO BLVD UNIT 2
     LOS ANGELES, CA 90041

**31**